# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 11-00303-01-CR-W-GAF |
| Lonnie Goodrich ) | USM No: 22188-045 |
| ) | |
| Date of Original Judgment: 09/27/2012 ) | |
| Date of Previous Amended Judgment: ) | Stephen C. Moss |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant was found to be a Career Offender pursuant to 4B1.1, and his guideline range was calculated based on the offense level found at 4B1.1, not the drug quantities found at 2D1.1(c). He is, therefore, not eligible for a reduced sentence.

Except as otherwise provided, all provisions of the judgment dated  09/27/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/12/2017                     /s/ Brian C. Wimes
                                                                *Judge's signature*

Effective Date:  11/01/2015                BRIAN C. WIMES, United States District Judge
*(if different from order date)*                                *Printed name and title*